AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| King Ocean Services, Ltd. *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-20333-JLK |
| Faith Freight Forwarding Corp., and Tico International Shipping, Inc. *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Tico International Shipping, Inc.
Roberto Faith - Registered Agent
3200 NW 67 Ave Bldg 6
Suite 600
Miami, Florida  33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dee M. Dolvin, P.A.
P.O. Box 310424
Miami, Florida  33231
Telephone:  (305) 318-1919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 27, 2020

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| King Ocean Services, Ltd. *Plaintiff(s)* <br> v. <br> Faith Freight Forwarding Corp., and <br> Tico International Shipping, Inc. *Defendant(s)* | Civil Action No. 1:20-cv-20333-JLK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Faith Freight Forwarding Corp.
Roberto Faith - Registered Agent
3200 NW 67 Ave Bldg 6
Suite 600
Miami, Florida  33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dee M. Dolvin, P.A.
P.O. Box 310424
Miami, Florida  33231
Telephone:  (305) 318-1919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 27, 2020

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts